Howard A. Newman, Esq., OSB No. 111314
howard@newmanlawoffices.com
NEWMAN LAW OFFICES
1050 SW Sixth Ave; Suite 1100
Portland, OR 97204
(503) 535-8040
F: (866) 544-8040

    *Counsel for Thar Process, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| DALE FARMER and CALDERA GROUP, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>THAR PROCESS, INC.,<br><br>      Defendant. | Case No. _____<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

**TO THE CLERK OF COURT:**

  **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441, 1446, and 1332(a), Defendant, Thar Process, Inc., ("***Defendant***") removes this action from the Circuit Court of the State of Oregon for the County of Jackson to the United States District Court of Oregon, Medford Division. In support of this Notice and as grounds for removal, Defendant states as follows:

  1.  On June 1, 2022, Plaintiffs commenced an action against Defendant in the Circuit Court of the State of Oregon for the County of Jackson, captioned *Dale Farmer and Caldera Group LLC v. Thar Process,* No. 22CV17560 (the "***State Action***"). Pursuant to 28 USC §1446(a),

Newman Law Offices
Attn: **Howard A. Newman, Esq.**
1050 SW Sixth Ave; Suite 1100
Portland, OR 97204
(503) 535-8040

all State Action court papers served on Defendant at the time of removal, consisting of a complaint and summons are attached as **Exhibit A**.

2. Defendant was served with a copy of the Summons and Complaint on June 23, 2022.

3. The Proof of Service is attached as **Exhibit B**.

4. Exhibits A and B constitute all of the process, pleadings, and orders in the State Action to date.

5. Pursuant to 28 U.S.C.§ 1446(b) this Notice of Removal is timely because Defendant is filing it within 30 days after service of the summons and complaint.

6. Defendant has not answered or otherwise responded to the Complaint prior to filing this Notice of Removal.

7. Defendant will file its responsive pleading in this Court following removal.

8. Since the State Action is pending in Jackson County, Oregon, removal to this Court and this Division is proper. *See* **28 U.S.C. §§ 117 & 1441(a)**; **D. ORE. LR 3-2(a)**.

9. Removal is proper because there is diversity of citizenship between the Plaintiffs and the Defendant thus satisfying the jurisdictional requirements of 28 U.S.C. § 1332. At all relevant times:

   a. Plaintiff, Dale Farmer, is a citizen of the State of Oregon

   b. Plaintiff, Caldera Group LLC, is an Oregon limited liability company with a principal place of business located at 2221 Tower East, Medford, Oregon 97504.

   c. Defendant, Thar Process, Inc., is a Pennsylvania corporation with its principal place of business located at 150 Gamma Drive, Pittsburgh, PA 15238.

Newman Law Offices
Attn: **Howard A. Newman, Esq.**
1050 SW Sixth Ave; Suite 1100
Portland, OR 97204
(503) 535-8040

Page **2** of 4    DEFENDANT'S NOTICE OF REMOVAL

    d. Plaintiffs have asserted damages in excess of $75,000, exclusive of interest and costs.

  10. This Court would have had original subject matter jurisdiction of the State Action under 28 U.S.C. § 1332 if the action had originally been brought in federal court as there is complete diversity of citizenship in an action exceeding $75,000.

  11. Removal is proper under 28 U.S.C. § 1441 (a).

  12. Removal on the basis of diversity of citizenship is not precluded by 28 U.S.C. § 1441(b) because Defendant is not a citizen of the State of Oregon, the state in which this action was filed.

  13. Upon filing this Notice of Removal, Defendant shall provide written notice to the Attorneys for Plaintiffs, Dale Farmer and Caldera Group LLC. Defendant will also file a copy of the Notice of Removal with the Clerk of the Circuit Court of the State of Oregon for the County of Jackson in accordance with 28 U.S.C. § 1446(d).

  14. Defendant does not waive, and hereby reserves any defenses that are available to it.

  WHEREFORE, Defendant, Thar Process, Inc., hereby removes the action pending against it in the Circuit Court of the State of Oregon for the County of Jackson to the United States District Court for the District of Oregon, Medford Division, and requests that this Court accept and retain jurisdiction of the action.

///

///

///

///

Newman Law Offices
Attn: **Howard A. Newman, Esq.**
1050 SW Sixth Ave; Suite 1100
Portland, OR 97204
(503) 535-8040

Page **3** of 4 DEFENDANT'S NOTICE OF REMOVAL

Respectfully submitted,

                          NEWMAN LAW OFFICES

                          By: __/s Howard A. Newman/__
                          Howard A. Newman, Esq.
                          Oregon Bar No. 111314

                          *Counsel for Defendant, Thar Process, Inc.*

Dated: July 22, 2022.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this __**22nd**__ day of July, 2022, a true and correct copy of the foregoing has been furnished by eFile, CM/ECF, and/or electronic mail, pursuant to consent, to**:**

                **CHARLES E. BOLEN, ESQ.**
                HORNECKER COWLING LLP
                14 N. Central Ave., Suite 104
                Medford, OR 97501
                (541) 779-8900
                ceb@roguelaw.com

                *Counsel for Plaintiffs, Dale Farmer and Caldera Group, LLC.*

                          __/s Howard A. Newman/__
                          Howard A. Newman, Esq.

Newman Law Offices
Attn: **Howard A. Newman, Esq.**
1050 SW Sixth Ave; Suite 1100
Portland, OR 97204
(503) 535-8040