IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| DALE FARMER; CALDERA GROUP, LLC,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>THAR PROCESS, INC.,<br><br>    Defendant and Counterclaimant,<br><br>    v.<br><br>PACIFIC WEST MANUFACTURING, LLC,<br><br>    Counterclaim Defendant. | Civ. No. 1:22-cv-01076-AA<br><br>**JUDGMENT** |

AIKEN, District Judge.

For the reasons set forth in the accompanying Opinion and Order, judgment is entered for Plaintiff Dale Farmer and Plaintiff Caldera Group, LLC and against Defendant Thar Process, Inc. in the amount of $6,900,000 together with prejudgment interest at 9% per annum from September 1, 2018, through the date of this Judgment

Page 1 –JUDGMENT

and at 9% per annum from the date of this Judgment on the amount thereto until paid in full. All counterclaims by Defendant Thar Process, Inc. are dismissed.

It is so ORDERED and DATED this ____6th____ day of December 2023.

                                              /s/Ann Aiken  
                                              ANN AIKEN  
                                              United States District Judge